UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH VOLFMAN,<br><br>                         Plaintiff,<br><br>-against-<br><br>SAHARA EAST RESTAURANT CORP. and 184 FIRST REALTY LLC,<br><br>                         Defendants. | 1:24-CV-05306 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Complaint in this matter was filed on July 14, 2024. Dkt. 1. A summons was issued to Defendants 184 First Realty LLC and Sahara East Restaurant Group, Corp. on July 15, 2024. Dkts 5-6. Plaintiff has not filed proof of service with the Court within 90 days as required by Federal Rules of Civil Procedure 4(l) and (m).

      It is HEREBY ORDERED that Plaintiff update the Court as to whether and in what manner service has been made by October 21, 2024. Failure to do so may result in the dismissal of this case for failure to prosecute.

Dated: October 16, 2024
       New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge