UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH VOLFMAN,<br><br>                   Plaintiff,<br><br>     -against-<br><br>SAHARA EAST RESTAURANT CORP. and 184 FIRST REALTY LLC,<br><br>                   Defendants. | Case No. 1:24-cv-05306 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On October 16, 2024, the Court ordered Plaintiff to provide an update as to whether and in what manner service has been made by October 21, 2024, and warned that failure to do so may result in the dismissal of this case for failure to prosecute. Dkt. 8. Plaintiff has not filed any update with the Court to date.

      As a courtesy, the Court will grant a further extension and Plaintiff shall have until November 5, 2024 to update the Court as to whether and in what manner service has been made. Failure to do so will result in the dismissal of this case for failure to prosecute.

Dated: October 22, 2024
       New York, New York

                                       SO ORDERED.

                                       *Jennifer Rochon*
                                       JENNIFER L. ROCHON
                                       United States District Judge