UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH VOLFMAN , <br><br>                                  Plaintiff, <br><br> -against- <br><br> SAHARA EAST RESTAURANT CORP. and 184 FIRST REALTY LLC, <br><br>                                  Defendants. | Case No. 1:24-cv-05306 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Complaint in this action was filed on July 14, 2024.  Dkt. 1.  Plaintiff failed to file proof of service with the Court within the 90 days as required by the Federal Rules of Civil Procedure 4(l) and (m).  On October 16, 2024, the Court ordered Plaintiff to update the Court as to whether and in what manner service had been made by October 21, 2024, and warned Plaintiff that failure to do so may result in the dismissal of the case.  Dkt. 8.  On October 22, 2024, the Court granted a courtesy extension to November 5, 2024, and warned Plaintiff that failure to update the Court would result in dismissal of the case.  Dkt. 9.  Plaintiff did not file anything by the deadline or otherwise contact the Court.

Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

Dated: November 7, 2024
        New York, New York

                                                            SO ORDERED.

                                                            _____
                                                            JENNIFER L. ROCHON
                                                            United States District Judge

1