**NACMIAS LAW FIRM PLLC**

592 PACIFIC STREET. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

December 2, 2024

HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, ROOM 1920
NEW YORK, NEW YORK 10007
212-805-0204

Re:   *VOLFMAN V. SAHARA EAST RESTAURANT CORP. AND 184 FIRST REALTY LLC*
      **DOCKET 1:24-CV-05306-JLR**

Dear Judge Rochon:

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. Plaintiff offers their sincere apologies for the late response to Your Honor's Order. I write to request an adjournment for the Initial Pretrial Conference scheduled for December 4, 2024 and extension of time for defendant to appear and file an answer before pursuing a motion for default judgment. This is plaintiff's first request for this relief.

An attorney for Sahara East Restaurant Corp. has recently been in communication with our office but has not filed a notice of appearance. The parties respectfully request Your Honor allow the parties thirty (30) days in order to continue settlement discussions and for defendant to file a notice of appearance and respond to the complaint.

Thank you for your time and consideration on this matter.

Respectfully,

Andre Autz, Esq.
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
aautz@nacmiaslaw.com
917-602-6057

---

The parties' initial pre-trial conference shall be adjourned until January 8, 2025 at 2:30 p.m. in Courtroom 20B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The parties are reminded that no later than ten days before the pre-trial conference they must file on ECF a joint letter and Civil Case Management Plan.

In light of Plaintiff's consent to the filing of a late answer, Defendants shall have until December 16, 2024 to file an answer or otherwise respond to Plaintiff's complaint. Defendants shall timely comply with all future deadlines. Defendants are advised that failure to respond to Plaintiff's complaint may result in a default judgment.

Dated: December 3, 2024
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
**United States District Judge**