

**NACMIAS LAW FIRM PLLC**

592 PACIFIC ST. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

December 20, 2024

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St., Courtroom 20B
New York, NY 10007-1312

RE:   *JOSEPH VOLFMAN v. SAHARA EAST RESTAURANT CORP. And 184 FIRST REALTY LLC*
      **DOCKET NO. 1:24-cv-05306-JLR**

Dear Judge Rochon:

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write jointly with defendants' counsel to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, including the date for defendants' to file an answer, and allow the parties thirty (30) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

By: /s/ Andre Autz

Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
T: 929-295-4759
aautz@nacmiaslaw.com